FILED - USDC - FLMD - ORL
OCT 30 2024 AM11:35

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 5:24-cr- 129- TPB- PRL
18 U.S.C. § 2252A(a)(5)(B)

MITCHELL REGAN

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
## (Possession of Child Pornography)

On or about October 17, 2024, in the Middle District of Florida, and elsewhere, the defendant,

**MITCHELL REGAN,**

did knowingly possess material that contained an image of child pornography, that is, a visual depiction of a minor engaging in sexually explicit conduct, that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and the depiction involved a prepubescent minor and a minor who had not attained 12 years of age.

In violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2. Upon conviction of a violation of 18 U.S.C. § 2252A(a)(5)(B), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

a. Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter 110;

b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following: Samsung Galaxy cellular telephone seized from the defendant on or about October 17, 2024.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be

subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

[redacted]
Foreperson

ROGER B. HANDBERG
United States Attorney

By: ______________________
Sarah Janette Swartzberg
Assistant United States Attorney

By: ______________________
Robert E. Bodnar, Jr.
Assistant United States Attorney
Chief, Ocala Division

FORM OBD-34
October 24

No. 24-2-12

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

THE UNITED STATES OF AMERICA

vs.

MITCHELL REGAN

INDICTMENT

Violations: 18 U.S.C. § 2252A(a)(5)(B)

A true bill

Foreperson

Filed in open court this 30th day

of October 2024.

Clerk

Bail $______________

GPO 863 525